

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS BANK, (FSB), A FEDERAL SAVINGS BANK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DR. TODD P. GRECIAN, AKA TODD P. GRECIAN, AN INDIVIDUAL; DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　Defendants. | Case No. SACV 13-0637-UA (DUTYx)<br><br>ORDER DENYING DEFENDANT'S REQUEST TO PROCEED WITHOUT PREPAYMENT OF FULL FILING FEE |

　　The Court will remand this action to state court summarily because it has been removed improperly.

　　On April 22, 2013, defendant Dr. Todd P. Grecian, aka Todd P. Grecian, having been sued in what appears to be a complaint for breach of written contract, common counts and quantum meruit in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1

1  Simply stated, plaintiff could not have brought this action in federal court in the first place, in that defendant does not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. §1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000. See 28 U.S.C. §§ 1332, 1441(b). On the contrary, the complaint recites that the amount in controversy is $21,976.71.

Nor does plaintiff's complaint raise any federal legal question. See 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Orange, 23141 Moulton Parkway, Laguna Hills, CA 92653, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 4/30/13

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

David T. Bristow
United States Magistrate Judge